IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, Katherine L | Case Number: 08 B 19244 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 7/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 46.15 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 46.15 |
| Totals: | 46.15 | 46.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dvra Billing | Secured | 1,049.00 | 0.00 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 94.35 | 0.00 |
| 3. | Consumer Portfolio Services | Unsecured | 421.42 | 0.00 |
| 4. | Spirit Of America Nat'l Ban | Unsecured | 30.86 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 196.44 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 1,109.03 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 261.51 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 15.62 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 55.14 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 45.29 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 69.60 | 0.00 |
| 12. | Harris & Harris | Unsecured | | No Claim Filed |
| 13. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Nationwide Cash | Unsecured | | No Claim Filed |
| 16. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 17. | Guaranty Bank | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| 19. | Sallie Mae | Unsecured | | No Claim Filed |
| 20. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 3,348.26 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Washington, Katherine L | Case Number:  08 B 19244 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  7/25/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

